# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

December 12, 2018

**Adrienne M. Hollander**
212.492.3301 DIRECT
212.484.3990 FAX
adrienne.hollander@arentfox.com

<u>**VIA ECF**</u>

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

Re:   <u>*Robert G. Lopez v. Trust Religion Sales, LLC, et al.*</u>
      **Case No. 1:18-cv-10595 (ER)**

Dear Judge Ramos:

Defendant Alife Holdings, LLC ("Alife") respectfully submits this letter pursuant to Rule 1.E of Your Honor's Individual Practices in Civil Cases to request an extension of the December 21, 2018 deadline to Answer or otherwise respond to Plaintiff's First Amended Complaint, which was served on Alife on November 30, 2018.  Plaintiff and Counsel for Defendant Alife are attempting to resolve this dispute out of Court and would benefit from additional time.  There have been no previous requests made for an extension of time to respond.

I have consulted with Plaintiff, who is representing himself *pro se*, and he has consented to the request for an extension.  The parties have mutually agreed upon the proposed date of January 14, 2019 for Defendant Alife to Answer or otherwise response to Plaintiff's First Amended Complaint.

Respectfully submitted,

/s/ *Adrienne M. Hollander*
Adrienne M. Hollander

*Counsel for Defendant Alife Holdings, LLC*

cc: All Counsel of Record (via ECF)