AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Robert G. Lopez | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CV-10595-ER |
| True Religion Sales, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

True Religion Sales, LLC .

Date: 12/17/2018

s/ Taryn J. Gallup
*Attorney's signature*

Taryn J. Gallup (TG3200)
*Printed name and bar number*

Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004
*Address*

tgallup@swlaw.com
*E-mail address*

(602) 382-6000
*Telephone number*

(602) 382-6070
*FAX number*