# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ<br><br>                          Plaintiff,<br><br>v.<br><br>TRUE RELIGION SALES, LLC,<br>CHARI&CONYC, LLC,<br>PROJECT SOCIAL T, LLC,<br>BOWERY APPAREL, LLC,<br>PINT SIZE INK, INC.,<br>SPEEDY ROMEO, LLC,<br>URBAN OUTFITTERS, INC.,<br>ALIFE HOLDINGS, LLC,<br>THE ENDURANCE INTERNATIONAL GROUP, INC.,<br>FOX AND JANE LLC,<br>SQUARESPACE, INC.,<br>DEPOP, INC., and<br>CONBODY, INC.<br><br>                          Defendants. | No. 18-cv-10595-ER<br><br>**TRUE RELIGION SALES, LLC's CORPORATE DISCLOSURE STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant True Religion Sales, LLC hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- True Religion Sales, LLC is a wholly owned subsidiary of Guru Denim LLC.

- Guru Denim LLC is a wholly owned subsidiary of True Religion Apparel, Inc.

- True Religion Apparel, Inc. is a wholly owned subsidiary of TRLG Intermediate Holdings, LLC.

- TRLG Intermediate Holdings, LLC is a privately held company.

DATED this 17th day of December, 2018.

                        **SNELL & WILMER L.L.P.**

                        By: s/ Taryn J. Gallup
                            Taryn J. Gallup (TG3200)
                            One Arizona Center
                            400 East Van Buren Street, Suite 1900
                            Phoenix, AZ 85004
                            Telephone: 602-382-6000
                            Fax: 602-382-6070

                        *Attorneys for Defendant True Religion Sales, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System of filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert G. Lopez
230 Clinton St. Apt. #11C
New York, NY 10002
lesclothing@gmail.com
*Plaintiff*


Adrienne May Hollander
Arent Fox LLP (NYC)
1301 Avenue of Americas, Floor 42
New York, NY 10019
212-484-3900
adrienne.hollander@arentfox.com
*Counsel for Alife Holdings, LLC*


Darren M. Geliebter
Lombard & Geliebter, L.L.P.
305 Broadway, 7th Floor
New York, NY 10007
(212) 233-4444
dgeliebter@lgtrademark.com

Robert Modica, Jr.
Gordon Rees Scully Mansukhani LLP
1 Battery Plaza, 28th Floor
New York, NY 10004
(212)-269-5500
rmodica@gordonrees.com
*Counsel for Urban Outfitters Inc.*

            s/ Taryn J. Gallup

4816-3262-6563

3