# MEMO ENDORSED

ROBERT MODICA
RMODICA@GRSM.COM
DIRECT DIAL: (212) 453-0717



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

December 14, 2018

| The application is __x__ granted |
| ____ denied |
| _____ |
| Edgardo Ramos, U.S.D.J |
| Dated: __12/17/2018__ |
| New York, New York |

**Via ECF**

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *Robert G. Lopez v. Trust Religion Sales, LLC, et al.*
Case No. 1:18-cv-10595 (ER)

Dear Judge Ramos:

Defendant Urban Outfitters, Inc. ("Urban") respectfully submits this letter under Rule 1.E of Your Honor's Individual Practices in Civil Cases to request an extension of Urban's deadline to respond to Plaintiff Robert G. Lopez's First Amended Complaint, which was served on Urban on November 30, 2018. Urban's response is currently due on December 21, 2018.

Urban requests this extension to allow time for it to investigate the allegations regarding the accused garment at issue in this lawsuit, and to prepare a response to the First Amended Complaint. There have been no previous requests made for an extension of time to respond.

We have consulted with Plaintiff Mr. Lopez, who is self-represented *pro se*, and he has consented to this extension. The parties have agreed to extend Urban's deadline to respond to the First Amended Complaint until January 11, 2019.

We thank Your Honor for your time and attention.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

/s/ *Robert Modica*

Robert Modica

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ DELAWARE ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ KENTUCKY
LOUISIANA ♦ MARYLAND ♦ MASSACHUSETTS ♦ MICHIGAN ♦ MISSOURI ♦ MONTANA ♦ NEBRASKA ♦ NEVADA ♦ NEW JERSEY
NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OKLAHOMA ♦ OREGON ♦ PENNSYLVANIA ♦ RHODE ISLAND ♦ SOUTH CAROLINA
SOUTH DAKOTA ♦ TENNESSEE ♦ TEXAS ♦ UTAH ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA ♦ WISCONSIN