AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2018 DEC 14  AM 11:06
18 DEC 13  PM 4:58

U.S. DISTRICT COURT
S.D.N.Y.

Robert G. Lopez )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 18 CV 10595 (ER)
)
True Religion Sales, LLC, et al. )
(See attached page for additional Defendants) )
)
)
)
*Defendant(s)* )

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Endurance International Group, Inc.
10 Corporate Drive - Suite 300
Burlington, MA 01803

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-18

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert G. Lopez - Pro Se
230 Clinton Street - Suite 11C
New York, New York 10002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     RUBY J. KRAJICK

Date: _____11/26/2018_____           _____R. D_____
                                    *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18 CV 10595 |
| ) | |
| TRUE RELIGION SALES, LLC, ) | JURY TRIAL DEMANDED |
| CHARI&CONYC, LLC, ) | |
| PROJECT SOCIAL T, LLC, ) | FIRST AMENDED COMPLAINT |
| BOWERY APPAREL, LLC, ) | |
| PINT SIZE INK, INC., ) | |
| SPEEDY ROMEO, LLC ) | |
| URBAN OUTFITTERS, INC., ) | |
| ALIFE HOLDINGS, LLC, ) | |
| THE ENDURANCE INTERNATIONAL ) | |
| GROUP, INC., ) | |
| FOX AND JANE LLC, ) | |
| SQUARESPACE, INC. ) | |
| DEPOP, INC., and ) | |
| CONBODY, INC. ) | |
| ) | |
| Defendants. ) | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 CV 10595 (ER)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ENDURANCE INTERNATIONAL GROUP, INC.__
was received by me on *(date)* __12/4/18__ . C/O CT CORP., 155 FEDERAL ST. BOSTON, MA

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __FRED MONIA – CLERK__, who is
designated by law to accept service of process on behalf of *(name of organization)* __ENDURANCE INTERNATIONAL GROUP, INC__
on *(date)* __12/5/18   10:15 AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/5/18__

_____
Server's signature

__JOHN RYMASZEWSKI – PROCESS SERVER__
Printed name and title

__PO BOX 869103__
__MILTON, MA 02186__
Server's address

Additional information regarding attempted service, etc: