IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT G. LOPEZ, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18 CV 10595 |
| | ) | |
| TRUE RELIGION SALES, LLC, | ) | |
| CHARI&CONYC, LLC, | ) | |
| PROJECT SOCIAL T, LLC, | ) | |
| BOWERY APPAREL, LLC, | ) | |
| PINT SIZE INK, INC., | ) | |
| SPEEDY ROMEO, LLC | ) | |
| URBAN OUTFITTERS, INC., | ) | |
| ALIFE HOLDINGS, LLC, | ) | |
| THE ENDURANCE INTERNATIONAL | ) | |
| GROUP, INC., | ) | |
| FOX AND JANE LLC, | ) | |
| SQUARESPACE, INC. | ) | |
| DEPOP, INC., and | ) | |
| CONBODY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

On December 3, 2018, Plaintiff served the First Amended Complaint on Defendant Cahri&CoNYC, LLC by mailing a copy of the FAC via certified mail to 175 Stanton Street, New York, New York.

The original complaint filed in this action was served on Defendant Chari&CoNYC, LLC on November 16, 2018 by a process server as shown in the attached Proof of Service.

Dated: December 12, 2018               Respectfully submitted,
       New York, New York              Robert G. Lopez – Pro Se

                                       _____
                                       Robert G. Lopez
                                       Pro Se Plaintiff
                                       230 Clinton Street – Apt. #11C
                                       New York, New York 10002
                                       (917) 868-1698

# ROBERT G. LOPEZ

230 Clinton Street – Suite 11C
New York, New York 10002

December 3, 2018

**_VIA CERTIFIED MAIL_**

Chari&CoNYC, LLC
175 Stanton Street
New York, New York 10002

    Re:    <u>Robert G. Lopez v. True Religion Sales, LLC et al. 18 CV 10595</u>

Dear Chari&CoNYC:

    Enclosed please find a copy of my First Amended Complaint that was filed with the SDNY Court on November 26, 2018.

    All rights and remedies are expressly reserved.

Very truly yours,

**Robert G. Lopez**

*(signature)*

Robert G. Lopez

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHARLE CO NYC, LLC
   175 STANTON STREET
   NEW YORK, NY 10002

   9590 9402 2424 6249 5010 54

2. Article Number (Transfer from service label)

   7018 1130 0002 0979 7614

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name): TAKAFI RO MiURA
C. Date of Delivery: 12/6/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☐ Adult Signature
   ☑ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 2424 6249 5030 54

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

ROBERT G. LOPEZ
230 CLINTON ST. #11C
NEW YORK, NY 10002

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Robert G. Lopez | ) | |
| | ) | |
| | ) | **1 8 CV 10595** |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| True Religion Sales, LLC, Chari&CoNyc, LLC, Project Social T, LLC, Bowery Apparel, LLC, Pint Size Ink, Inc., and Speedy Romeo, LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chari&CoNyc, LLC
175 Stanton Street
New York, NY 10002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert G. Lopez - Pro Se
230 Clinton Street - Apt. #11C
New York, New York 10002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **NOV 1 4 2018**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 CV 10595

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHARI&CONYC,LLC,
was received by me on *(date)* 11/16/2018.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Zouky NYS Department of State, who is
designated by law to accept service of process on behalf of *(name of organization)* CHARI&CONYC,LLC,
_____ on *(date)* 11/16/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 40.00 for travel and $ 50.00 for services, for a total of $ 90.00.

I declare under penalty of perjury that this information is true.

Date: 11/16/2018

*Server's signature*

Stephanie Reveron
*Printed name and title*

210 Stanton Street
New York, NY 10002
*Server's address*

Additional information regarding attempted service, etc:
Service was made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW