**MEMO ENDORSED**



Chari&CoNYC - Case Number 1:18-cv-10595-ERContact Us to:
ChambersNYSDRamos@nysd.uscourts.gov 12/17/2018 02:19 AM
From: Contact Us <contact@chariandconyc.com>
To: "ChambersNYSDRamos@nysd.uscourts.gov"
<ChambersNYSDRamos@nysd.uscourts.gov>
History:
This message has been forwarded.

Dear Judge Ramos

I am writing this email with the help of an English-speaking friend.  We recently learned about the lawsuit against Chari&CoNYC by Mr. Robert Lopez, Case Number 1:18-cv-10595-ER, while I was out of the country.
I understand that we have to respond to the lawsuit soon, but I am still out of the country and will not return to the USA until the end of January 2019.
We are having a hard time finding a lawyer because I am currently outside of the country, because I have limited English abilities, and also because we are a small business.
We also need time to understand the lawsuit.
Therefore we would like to request an extension of time to respond to the complaint until February 22, 2019.
We therefore request permission for an extension of time.
This is the first request for permission for an extension of time.
Thank you very much and please let me know as soon as possible if this permission will be granted.


Sincerely,

Chari&CoNYC

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __12/18/2018__
New York, New York

The Clerk of Court is respectfully directed to mail a copy of this letter endorsement to Plaintiff.