# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison S. Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim
Jason Jones
Leo Kittay

**Senior Counsel**
Janet L. Hoffman
Roger L. Zissu
Stephen Bigger

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Todd Martin
Sherri N. Duitz
Amanda B. Agati
Emily Weiss
Ashford Tucker
Erica Gould
Celadon Whitehurst
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Jessica Vosgerchian
Robin Warren
Sean F. Harb
Melissa Goldstein
Robin N. Baydurcan
Julia Belagorudsky
Miriam Kavalerchik
Joseph A.R. Gerber
Sydney Kipen

December 19, 2018

**MEMO ENDORSED**

The application is __x__ granted
____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __12/19/2018__
New York, New York

**BY ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court for
   the Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Lopez v. True Religion Sales, LLC et al.*
       No. 1:18-cv-10595-ER (S.D.N.Y.) (PSIK 1813536)

Dear Judge Ramos:

We have been retained by defendant Pint Size Ink, Inc. ("Pint Size") in the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice, we write to request a thirty day extension of time for Pint Size to answer or otherwise move with respect to the Complaint, from December 24, 2018 up to and including January 23, 2019. This is the first request for an extension of time. Plaintiff *pro se* Robert G. Lopez consents to this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

James D. Weinberger

cc:    Robert G. Lopez (by email and mail)