

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
212.603.6455 tel
212.379.5205 fax

jamesrosenfeld@dwt.com

December 19, 2018

**Via ECF**

The Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Lopez v. True Religion Sales, LLC et al.*
No. 1:18-cv-10595-ER (S.D.N.Y.)

Dear Judge Ramos:

This firm was recently retained as counsel to Defendant, Squarespace, Inc. ("**Squarespace**"). Pursuant to Rule 1E of You Honor's Individual Rules of Practice, we write to request a 30-day extension of time for Squarespace to answer or otherwise move with respect to the Amended Complaint, from December 21, 2018 up to and including January 21, 2019.

This is the first request for an extension of time. The undersigned called *pro se* Plaintiff, Robert G. Lopez ("**Mr. Lopez**"), today to request his consent, but has not yet received a response from him. Should we obtain Mr. Lopez's consent we will advise the Court. We appreciate the Court's attention to this matter.

Very truly yours,

Davis Wright Tremaine LLP

James Rosenfeld

cc: Robert G. Lopez (by email and mail)
All Counsel of Record (via ECF)

4825-8318-5540v.1 -

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com