

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

## MEMO ENDORSED

Eric J. Shimanoff
(212) 790-9226
ejs@cll.com

December 27, 2018

<u>Via ECF</u>
Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The request for adjournment is granted.  The pre-motion conference is hereby adjourned to Friday, January 18, 2019, at 2:00 P.M.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  12/28/2018
> New York, New York

Re:   *Lopez v. True Religion, et al.*, No 18-10595 (S.D.N.Y.)

Dear Hon. Judge Ramos:

We represent Defendant The Endurance International Group, Inc. ("Endurance") in the above-referenced litigation.  We write to request a brief adjournment of the pre-motion conference concerning Endurance's anticipated motion to dismiss, currently scheduled for January 11, 2019 at 2:00 pm.  *See* Dkt.#32.  The undersigned counsel for Endurance will be travelling back from a hearing in San Francisco on January 11 but is available for a rescheduled conference any afternoon the week of January 14 if the Court is available.  No prior request for an adjournment has been made by either party.  The undersigned counsel for Endurance emailed *pro se* Plaintiff earlier today, asking about any conflicts the week of January 14, but has not yet received a response.

Sincerely,

Eric J. Shimanoff

cc:   Plaintiff (via Email and First Class Mail)
      All Counsel of Record (via ECF)

30615/020/2558889