EXHIBIT 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **1/7/2019**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ, *an individual*,

    Plaintiff,

-against-

TRUE RELIGION SALES, LLC, CHARI&CONYC, LLC, PROJECTION SOCIAL T, LLC, BOWERY APPAREL, LLC, PINT SIZE INK, INC., SPEEDY ROMEO, LLC, URBAN OUTFITTERS, INC., ALIFE HOLDINGS, LLC, THE ENDURANCE INTERNATIONAL GROUP, INC., FOX AND JANE LLC, SQUARESPACE, INC., DEPOP, INC., and CONBODY, INC.

    Defendants.

Civil Action No. 18-cv-10595 (ER)

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

This stipulation shall not be filed with the Court prior to Plaintiff Robert G. Lopez informing Justin R. Marino, via email that Speedy Romeo has fulfilled its obligation set forth in Paragraph 1 of the Confidential Settlement Agreement. In the event it is filed wit the Court prior to said email being sent to Justin P. Marino, it is void and shall have no effect on the matter.

Pursuant to Federal Rule of Civil Procedure 4l(a), the Parties, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action as to Defendant Speedy Romeo, LLC with prejudice. The case shall remain against the other Defendants in this action.

**AGREED:**

_____
Robert G. Lopez
230 Clinton Street – Apt. #11C
New York, New York 10002
917.868.1698
lesclothing@gmail.com

*Pro Se Plaintiff*

_____
Justin R. Marino
STEVENSON MARINO LLP
105 Maxess Road, Suite 124
Melville, NY 11747
212.939.7228
jmarino@stevensonmarino.com\
*Attorneys for Speedy Romeo LLC*

**SO ORDERED:**

_____
Edgardo Ramos, U.S.D.J.
Dated: January 7, 2019