# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

January 10, 2019

**VIA ECF**

**Adrienne M. Hollander**

212.492.3301 DIRECT
212.484.3990 FAX
adrienne.hollander@arentfox.com

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

Re:     *Robert G. Lopez v. Trust Religion Sales, LLC, et al.*
        **Case No. 1:18-cv-10595 (ER)**

Dear Judge Ramos:

Defendant Alife Holdings, LLC ("Alife") respectfully submits this letter pursuant to Rule 1.E of
Your Honor's Individual Practices in Civil Cases to request an extension of the January 14, 2019
deadline to Answer or otherwise respond to Plaintiff's First Amended Complaint, which was
served on Alife on November 30, 2018.  Plaintiff and Counsel for Defendant Alife are continuing
to attempt to resolve this dispute out of Court and would benefit from additional time.  There has
been one previous request made for an extension of time to respond on December 12, 2018 [Dkt.
14], which Your Honor granted on December 13, 2018 [Dkt. 15].

I have consulted with Plaintiff, who is representing himself *pro se*, and he has consented to the
request for an extension.  The parties have mutually agreed upon the proposed date of January 28,
2019 for Defendant Alife to Answer or otherwise respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

/s/ *Adrienne M. Hollander*
Adrienne M. Hollander

*Counsel for Defendant Alife Holdings, LLC*

cc: All Counsel of Record (via ECF)

555 West Fifth Street, 48th Floor      1301 Avenue of the Americas, 42nd Floor      55 Second Street, 21st Floor      1717 K Street, NW
Los Angeles, CA 90013-1065             New York, NY 10019-6040                        San Francisco, CA 94105-3470      Washington, DC 20006-5344
T 213.629.7400  F 213.629.7401         T 212.484.3900  F 212.484.3990                T 415.757.5500  F 415.757.5501    T 202.857.6000  F 202.857.6395