

January 11, 2019

**VIA ECF**

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

James H. Donoian
Partner
T. 212-609-6817
F. 212-416-7688
jdonoian@mccarter.com

McCarter & English, LLP
Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, NY  10019-7475
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

**Re:** *Robert G. Lopez v. Trust Religion Sales, LLC, et al.*,
    <u>Case No. 1:18-cv-10595 (ER)</u>

Dear Judge Ramos:

    Defendant Fox and Jane, LLC ("Fox and Jane") respectfully submits this letter pursuant to Rule 1.E of Your Honor's Individual Practices in Civil Cases to request a second extension of Fox and Jane's deadline to respond to Plaintiff Robert G. Lopez's First Amended Complaint, which was served on Fox and Jane on November 30, 2018.  Fox and Jane's response is currently due on January 14, 2019. There has been one previous request made for an extension to file to respond on December 20, 2018 [D.I. 28], which Your Honor granted on the same day [D.I. 29].

    Fox and Jane would benefit from additional time in continuing the parties' efforts to resolve this dispute out of Court. We consulted with Plaintiff Mr. Lopez, who is representing himself *pro se*, and he has consented to this extension.  The parties have agreed to extend Fox and Jane's deadline to respond to the First Amended Complaint until January 29, 2019.

    We thank Your Honor for your consideration.

Respectfully Submitted,

*s/ James H. Donoian*

James H. Donoian

cc: All Counsel of Record (via ECF)

ME1 28998969v.1