**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT G. LOPEZ,

                  Plaintiff,

      v.

TRUE RELIGION SALES, LLC,
CHARI&CONYC, LLC,
PROJECT SOCIAL T, LLC,
BOWERY APPAREL, LLC,
PINT SIZE INK, INC.,
SPEEDY ROMEO, LLC,
URBAN OUTFITTERS, INC.,
ALIFE HOLDINGS, LLC,
THE ENDURANCE INTERNATIONAL
GROUP, INC.,
FOX AND JANE LLC,
SQUARESPACE, INC.,
DEPOP, INC., and
CONBODY, INC.,

                Defendants.

Civil Action No. 1:18-CV-10595 (ER)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Urban Outfitters, Inc., hereby certifies that it has no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated: January 11, 2019

Respectfully submitted,

/s/ Darren M. Geliebter
Darren M. Geliebter
Eric J. Huang (*pro hac vice pending*)
**Lombard & Geliebter LLP**
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 520-1172
Facsimile: (646) 349-5567
Email: dgeliebter@LombardIP.com
       ehuang@LombardIP.com

*Attorneys for Defendant*
*Urban Outfitters, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 11th day of January 2019 a copy of the foregoing Defendant Urban Outfitters, Inc.'s Rule 7.1 Disclosure Statement was filed electronically using the Court's electronic filing system. Notice of this filing will be sent electronically to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of the foregoing was also sent electronically to:

Robert G. Lopez
230 Clinton St. Apt. #11C
New York, NY 10002
lesclothing@gmail.com
*Plaintiff*

/s/ Darren M. Geliebter
Darren M. Geliebter