USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2019

ROBERT MODICA
RMODICA@GRSM.COM
DIRECT DIAL: (212) 453-0717



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 10, 2019

**Via ECF**

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

> The application is  X  granted
>                    ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/14/2019
> New York, New York

Re: *Robert G. Lopez v. True Religion Sales, LLC, et al.*
Case No. 1:18-cv-10595 (ER)
Letter Motion/Application to Withdraw as Counsel

Dear Judge Ramos:

Pursuant to Local Civil Rule 1.4 and Section 1.A of Your Honor's Individual Practice Rules, the undersigned firm of Gordon Rees Scully Mansukhani, LLP respectfully submits this letter motion and application, and supporting affirmation, to withdraw as co-counsel for Defendant Urban Outfitters, Inc. ("Urban"). Urban will be represented by Darren M. Geliebter, who is co-counsel of record for Urban in this case. This matter will proceed with Mr. Geliebter remaining in this case.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Robert Modica

Cc:

All parties (via ECF)