UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>TRUE RELIGION SALES, LLC *et al.*,<br><br>Defendants. | Case No. 1:18-cv-10595-ER |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert G. Lopez and defendant Pint Size Ink, Inc. ("PSI") hereby stipulate to the dismissal with prejudice Plaintiff's Complaint against PSI pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees related to this matter. The case shall remain against the other named defendants.

Dated: January 17, 2019
New York, New York

ROBERT G. LOPEZ

_____
230 Clinton Street, Apt. 11C
New York, NY 10002
Tel: (917) 868-1698

*Plaintiff pro se*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
James D. Weinberger
(jweinberger@fzlz.com)
4 Times Square, 17th Floor
New York, NY 10036
Tel: (212) 813-5900

*Attorneys for Defendant Pint Size Ink, Inc.*

{F2900766.1 }