

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

## MEMO ENDORSED

January 17, 2019

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __1/17/2019_____
New York, New York

**Via ECF**
Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Lopez v. True Religion, et al.*, **No 18-10595 (S.D.N.Y.)**

Dear Hon. Judge Ramos:

    We represent Defendant Squarespace, Inc. ("Squarespace") in the above-referenced action.  Squarespace has been engaged in settlement discussions with Plaintiff, Robert Lopez and the parties have reached the terms of a confidential settlement and are negotiating an agreement.  As such, Squarespace writes to withdraw its request to attend the pre-motion conference, given that proceedings will be voluntarily dismissed as to Squarespace in due course.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

s/ James Rosenfeld

James Rosenfeld

cc:   Plaintiff (via Email and First Class Mail)
      All Counsel of Record (via ECF)

4848-6999-2837v.1 0112928-000001

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco  Washington, D.C.

www.dwt.com