SDNY PRO SE OFFICE
RECEIVED
2019 JAN 18 PM 1:38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual,        ) | |
| )  | |
| Plaintiff,            ) | |
| )  | |
| v.                    ) | Civil Action No. 18 CV 10595 (ER) |
| )  | |
| TRUE RELIGION SALES, LLC,   ) | |
| CHARI&CONYC, LLC,           ) | |
| PROJECT SOCIAL T, LLC,      ) | |
| BOWERY APPAREL, LLC,        ) | |
| PINT SIZE INK, INC.,        ) | |
| SPEEDY ROMEO, LLC           ) | |
| URBAN OUTFITTERS, INC.,     ) | |
| ALIFE HOLDINGS, LLC,        ) | |
| THE ENDURANCE INTERNATIONAL ) | |
| GROUP, INC.,                ) | |
| FOX AND JANE LLC,           ) | |
| SQUARESPACE, INC.           ) | |
| DEPOP, INC., and            ) | |
| CONBODY, INC.               ) | |
| )  | |
| Defendants.           ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-19

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Conbody, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: January 18, 2019

**ROBERT G. LOPEZ**

By: _____
Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698




SO ORDERED:


_____
U.S.D.J.