RECEIVED
SDNY PRO SE OFFICE
2019 JAN 18 PM 1:38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUE RELIGION SALES, LLC, )<br>CHARI&CONYC, LLC, )<br>PROJECT SOCIAL T, LLC, )<br>BOWERY APPAREL, LLC, )<br>PINT SIZE INK, INC., )<br>SPEEDY ROMEO, LLC )<br>URBAN OUTFITTERS, INC., )<br>ALIFE HOLDINGS, LLC, )<br>THE ENDURANCE INTERNATIONAL )<br>GROUP, INC., )<br>FOX AND JANE LLC, )<br>SQUARESPACE, INC. )<br>DEPOP, INC., and )<br>CONBODY, INC. )<br>)<br>Defendants. ) | Civil Action No. 18 CV 10595 (ER)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1-18-19 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Depop, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: January 18, 2019

**ROBERT G. LOPEZ**

By: _____
Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698


SO ORDERED:

_____
U.S.D.J.