# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington

## MEMO ENDORSED

January 28, 2019

**VIA ECF**

The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

**Adrienne M. Hollander**
212.492.3301 DIRECT
212.484.3990 FAX
adrienne.hollander@arentfox.com

The application is  x   granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 1/29/2019
New York, New York

**Re:**   ***Robert G. Lopez v. Trust Religion Sales, LLC, et al.***
         **Case No. 1:18-cv-10595 (ER)**

Dear Judge Ramos:

I represent Defendant Alife Holdings, LLC ("Alife") in this matter. Plaintiff and Alife have reached an agreement and are finalizing the confidential settlement. As such, and pursuant to Rule 1.E of Your Honor's Individual Practices in Civil Cases, I write to request an extension of the January 28, 2019 deadline to Answer or otherwise respond to Plaintiff's First Amended Complaint, which was served on Alife on November 30, 2018. There have been two previous requests made for an extension of time to respond on December 12, 2018 [Dkt. 14], which Your Honor granted on December 13, 2018 [Dkt. 15], and on January 10, 2019 [Dkt. 39], which Your Honor granted on January 14, 2019 [Dkt. 45].

I have consulted with Plaintiff, who is representing himself *pro se*, and he has consented to the request for an extension. The parties have mutually agreed upon the proposed date of February 11, 2019 for Defendant Alife to Answer or otherwise respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

  /s/ *Adrienne M. Hollander*
       Adrienne M. Hollander

*Counsel for Defendant Alife Holdings, LLC*

cc: All Counsel of Record (via ECF)