Exhibit A

RECEIVED
SDNY PRO SE OFFICE

2019 JAN 30  AM 8: 48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT G. LOPEZ, an individual,                )
                                               )   Civil Action No. 18 CV 10595
                       Plaintiff,              )
                                               )
          - v. -                               )   **NOTICE OF**
                                               )   **VOLUNTARY DISMISSAL**
                                               )   **WITH PREJUDICE**
                                               )   **AGAINST DEFENDANT**
TRUE RELIGION SALES, LLC, et al.               )   **CHARI&CONYC, LLC**
                                               )
                       Defendants.             )
------------------------------------------------------------- X

*Pro Se* plaintiff, Robert G. Lopez, gives notice that the above captioned action is voluntarily dismissed under Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, against the defendant, Chari&CoNYC, LLC.

Dated: New York, New York        Robert G. Lopez, *Pro Se* Plaintiff
       January 29, 2019

                                 By: 
                                 _____
                                     Robert G. Lopez
                                 *Pro Se* Plaintiff
                                 230 Clinton Street, Apt. #11C
                                 New York, New York 10002
                                 (917) 868-1698

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-19

1