USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/1/2019__

Case 1:18-cv-10595-ER   Document 60   Filed 02/01/19   Page 1 of 1

Exhibit A

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 30  AM 8:48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               )
ROBERT G. LOPEZ, an individual,                                )   Civil Action No. 18 CV 10595
                                                               )
                          Plaintiff,                           )
                                                               )
            - v. -                                             )   **NOTICE OF**
                                                               )   **VOLUNTARY DISMISSAL**
                                                               )   **WITH PREJUDICE**
                                                               )   **AGAINST DEFENDANT**
TRUE RELIGION SALES, LLC, et al.                               )   **CHARI&CONYC, LLC**
                                                               )
                          Defendants.                          )
-------------------------------------------------------------- X

*Pro Se* plaintiff, Robert G. Lopez, gives notice that the above captioned action is voluntarily dismissed under Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, against the defendant, Chari&CoNYC, LLC.

Dated: New York, New York
       January 29, 2019

2/1/2019

Robert G. Lopez, *Pro Se* Plaintiff

By: _____
     Robert G. Lopez
*Pro Se* Plaintiff
230 Clinton Street, Apt. #11C
New York, New York 10002
(917) 868-1698

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __2/1/2019__
New York, New York

1

601316_2/04712-0002