RECEIVED
SDNY PRO SE OFFICE
2019 FEB -5 AM 10: 46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual,   )<br>                                   )<br>         Plaintiff,                )<br>                                   )<br>         v.                        )<br>                                   )<br> TRUE RELIGION SALES, LLC,         )<br> CHARI&CONYC, LLC,                 )<br> PROJECT SOCIAL T, LLC,            )<br> BOWERY APPAREL, LLC,              )<br> PINT SIZE INK, INC.,              )<br> SPEEDY ROMEO, LLC                 )<br> URBAN OUTFITTERS, INC.,           )<br> ALIFE HOLDINGS, LLC,              )<br> THE ENDURANCE INTERNATIONAL )<br> GROUP, INC.,                      )<br> FOX AND JANE LLC,                 )<br> SQUARESPACE, INC.                 )<br> DEPOP, INC., and                  )<br> CONBODY, INC.                     )<br>                                   )<br>         Defendants.               ) | Civil Action No. 18 CV 10595 (ER)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2-5-19 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Alife Holdings, LLC and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: February 1st, 2019

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698


SO ORDERED:


_____
U.S.D.J.

2