IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 18 CV 10595 (ER) |
| | ) |
| TRUE RELIGION SALES, LLC,<br>CHARI&CONYC, LLC,<br>PROJECT SOCIAL T, LLC,<br>BOWERY APPAREL, LLC,<br>PINT SIZE INK, INC.,<br>SPEEDY ROMEO, LLC<br>URBAN OUTFITTERS, INC.,<br>ALIFE HOLDINGS, LLC,<br>THE ENDURANCE INTERNATIONAL<br>GROUP, INC.,<br>FOX AND JANE LLC,<br>SQUARESPACE, INC.<br>DEPOP, INC., and<br>CONBODY, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Fox and Jane, LLC and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: February 12, 2019

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez  
Pro Se Plaintiff  
230 Clinton Street – Apt. #11C  
New York, New York 10002  
(917) 868-1698

SO ORDERED:

_____

U.S.D.J.

**ROBERT G LOPEZ**
230 Clinton Street – Suite 11C
New York, NY 10002

TO: Pro Se Office
40 Foley Square
New York, NY 10007