RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
S.D.N.Y.

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18 CV 10595 (ER) |
| ) | |
| TRUE RELIGION SALES, LLC, ) | |
| CHARI&CONYC, LLC, ) | |
| PROJECT SOCIAL T, LLC, ) | |
| BOWERY APPAREL, LLC, ) | |
| PINT SIZE INK, INC., ) | |
| SPEEDY ROMEO, LLC ) | |
| URBAN OUTFITTERS, INC., ) | |
| ALIFE HOLDINGS, LLC, ) | |
| THE ENDURANCE INTERNATIONAL ) | |
| GROUP, INC., ) | |
| FOX AND JANE LLC, ) | |
| SQUARESPACE, INC. ) | |
| DEPOP, INC., and ) | |
| CONBODY, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Squarespace, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: February 12, 2019

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

SO ORDERED:

_____
U.S.D.J.