USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 2/21/2019

RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
S.D.N.Y.

ROBERT G. LOPEZ, an individual, )
)
Plaintiff, )
)
v. ) Civil Action No. 18 CV 10595 (ER)
)
TRUE RELIGION SALES, LLC, )
CHARI&CONYC, LLC, )
PROJECT SOCIAL T, LLC, )
BOWERY APPAREL, LLC, )
PINT SIZE INK, INC., )
SPEEDY ROMEO, LLC )
URBAN OUTFITTERS, INC., )
ALIFE HOLDINGS, LLC, )
THE ENDURANCE INTERNATIONAL )
GROUP, INC., )
FOX AND JANE LLC, )
SQUARESPACE, INC. )
DEPOP, INC., and )
CONBODY, INC. )
)
Defendants. )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Squarespace, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: February 1_, 2019

ROBERT G. LOPEZ

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: __2/21/2019__
New York, New York