UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ, *an individual*,

        Plaintiff,

– *against* –

TRUE RELIGION SALES, LLC, PROJECT SOCIAL T, LLC, BOWERY APPAREL, LLC, DEPOP, *and* CONBODY, INC.,

        Defendants.

**ORDER**

18 Civ. 10595 (ER)

Ramos, D.J.:

    The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                    EDGARDO RAMOS, U.S.D.J.