UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ,

                Plaintiff,

– against –

TRUE RELIGION SALES, LLC, et al.,

                Defendants.

Copies Mailed/Faxed
Chambers of Edgardo Ramos

**ORDER**

18 Civ. 10595 (ER)

Ramos, D.J.:

    The Court is in receipt of Defendant True Religion's Notice of Bankruptcy Completion and Discharge. Doc. 89. In light of the confirmation of Defendant's bankruptcy plan, the parties are instructed to submit a status report by no later than December 23, 2020. Failure to do so may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    December 3, 2020
             New York, New York

                                                                               Edgardo Ramos, U.S.D.J.