UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ,

                Plaintiff,

– against –

TRUE RELIGION SALES, LLC, et al.,

                Defendants.

**ORDER**

18 Civ. 10595 (ER)

Ramos, D.J.:

       On December 2, 2020, True Religion notified the Court that its bankruptcy proceedings had been completed. Doc. 89. On December 23, 2020, the parties submitted a status report, in which True Religion submitted evidence that dismissal was appropriate in light of its bankruptcy discharge, and Lopez requested that the Court enter a scheduling order. Doc. 93. The Court requested that Lopez show cause by January 13, 2021 as to why the case should not be dismissed. Lopez failed to do so, and the Court independently finds that Lopez's claims are barred by the bankruptcy court's confirmation order, which includes a discharge injunction. The Court therefore dismisses the case with prejudice pursuant to 11 U.S.C. 524(a). The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and close the case.

       It is SO ORDERED.

Dated:   September 7, 2021
             New York, New York

                                                                      Edgardo Ramos, U.S.D.J.